# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1777

_____

Charles A. Foster

*Plaintiff - Appellant*

v.

Department of Army

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: February 4, 2020
Filed: February 12, 2020
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Charles Foster appeals after the district court[1] dismissed his employment discrimination action for failure to prosecute. Having carefully reviewed the record

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

and the arguments on appeal, we find no basis for reversal. *See Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984) (per curiam) (reviewing sua sponte dismissal for lack of prosecution for abuse of discretion); *see also* Fed. R. Civ. P. 41(b). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____